NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stacy Grey
1431 Ocean Avenue, #1620
Santa Monica, CA 90401
(818) 391-2619

CLEAR FORM

FILED

2024 FEB -6 PM 12: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY DVE

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BARRINGTON PACIFIC LLC

Plaintiff(s),

v.

STACY GREY

Defendant(s)

CASE NUMBER:

2:24-cv-01013-HDV-(JPRx)

### CERTIFICATION AND NOTICE
### OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Stacy Grey _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BARRINGTON PACIFIC LLC | Plaintiff |
| STACY GREY | Defendant |

02/05/2024

Date

SS

Signature

Attorney of record for (or name of party appearing in pro per):

Stacy Grey, In Pro Per

CV-30 (05/13)

NOTICE OF INTERESTED PARTIES